

| | | |
|---|---|---|
| Steven W. Gold | Matthew S. Seminara | **Senior Counsel** |
| Steven G. Mintz* | Julia B. Milne | Jack A. Horn |
| Jeffrey D. Pollack* | James W. Kennedy | Noreen E. Cosgrove |
| Elliot G. Sagor | Ryan W. Lawler* | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Andrew A. Smith | |
| Lon Jacobs | Amit Sondhi | **Of Counsel** |
| Steven A. Samide | Michael Mooney | Honorable Vito J. Titone (*dec.*) |
| Scott A. Klein | Adam K. Brody | *NY State Court of Appeals 1985–1998* |
| Terence W. McCormick*** | Andrew E. Steckler | Harvey J. Horowitz (*dec.*) |
| Robert B. Lachenauer | Alex J. Otchy* | Honorable Howard Miller |
| Roger L. Stavis | Allison Pridmore | *NY Appellate Div. 1999–2010* [ret.] |
| Howard M. Topaz | Victoria F. Muth | Alan Katz |
| Philip E. Altman | Carli M. Aberle | Eric M. Kutner |
| Charles A. Ross** | Zachary J. Turquand | Andrew P. Napolitano° |
| Richard M. Breslow | Kellyann T. Ryan | Brian T. Sampson |
| Barry M. Kazan* | Jason Leach**** | Erica Nazarian |
| Craig D. Spector* | Sitie "Esther" Tang | Tara Shamroth |
| Kevin M. Brown | Benjamin S. Cotler | Jared Van Vleet |
| Alexander H. Gardner | | Simone Calzolai⁺ |
| Heath Loring | *Also admitted in New Jersey | *Admitted to practice only before all courts |
| Peter Guirguis | **Also admitted in Florida | in New Jersey and all Federal Courts in New York City |
| | ***Also admitted in California | |
| | ****Also admitted in Texas | ⁺Admitted in Italy and the United Kingdom (Not admitted in the U.S.) |

April 23, 2025

**Via Letter Motion on ECF**
Hon. Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
*GarnettNYSDChambers@nysd.uscourts.gov*

   Re: Barth v. Houghton Mifflin Company et al.
      No. 1:25-cv-01777-MMG

Dear Judge Garnett:

  This firm represents Defendants HarperCollins Publishers, L.L.C., News Corp, Shelly Barth, Shelly R. Barth Revocable Trust, and the Estate of John Barth in the above-captioned *pro se* matter. I write to request an adjournment of the hearing that the Court scheduled for next Monday, April 28, 2025, at 11:00 a.m., in its memo endorsed order entered today. (ECF Doc. No. 32.)

  I am scheduled to be in Nashville, Tennessee, next Monday for a court-ordered mediation that starts at 10:00 a.m. (Central), which conflicts precisely with the currently scheduled 11:00 a.m. start time for Your Honor's conference with the parties in this case. However, if the Court could reschedule the starting time of the conference to any point in the afternoon on Monday, I would be available to step away from the mediation to accommodate the Court's schedule. In the alternative, I would be available on Tuesday afternoon after 2:00 p.m., or any time on Wednesday morning, Thursday morning, or Friday of next week.

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

O 212.696.4848 | F 212.696.1231
mintzandgold.com



We are mindful of the direction in Rule 1.B.5 of Your Honor's Individual Rules and Practices that we first seek Plaintiff's consent prior to approaching the Court for an adjournment of the conference. However, in this instance, in light of the prior history of the parties' communications with the Court and in view of the time-sensitive nature of this request, we are communicating to Mr. Barth and the Court simultaneously with this letter.

Respectfully submitted,

*/s/ Steven G. Mintz*

Steven G. Mintz

cc: John S. Barth, Jr.
*Plaintiff Pro Se (Via ECF & Email)*

GRANTED. The conference is hereby ADJOURNED until **April 29, 2025** at **2:00 P.M.**

SO ORDERED. Dated April 24, 2025.

HON MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE

Mintz & Gold LLP
600 Third Avenue, 25th Floor, New York NY 10016
O 212.696.4848 | F 212.696.1231
mintzandgold.com