

| | | |
|---|---|---|
| Steven W. Gold | Matthew S. Seminara | **Senior Counsel** |
| Steven G. Mintz* | Julia B. Milne | Jack A. Horn |
| Jeffrey D. Pollack* | James W. Kennedy | Noreen E. Cosgrove |
| Elliot G. Sagor | Ryan W. Lawler* | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Andrew A. Smith | |
| Lon Jacobs | Amit Sondhi | **Of Counsel** |
| Steven A. Samide | Michael Mooney | Honorable Vito J. Titone (*dec.*) |
| Scott A. Klein | Adam K. Brody | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Andrew E. Steckler | Harvey J. Horowitz (*dec.*) |
| Robert B. Lachenauer | Alex J. Otchy* | Honorable Howard Miller |
| Roger L. Stavis | Allison Pridmore | NY Appellate Div. 1999–2010 [ret.] |
| Howard M. Topaz | Victoria F. Muth | Alan Katz |
| Philip E. Altman | Carli M. Aberle | Eric M. Kutner |
| Charles A. Ross** | Zachary J. Turquand | Andrew P. Napolitano° |
| Richard M. Breslow | Kellyann T. Ryan | Brian T. Sampson |
| Barry M. Kazan* | Jason Leach**** | Erica Nazarian |
| Craig D. Spector* | Sitie "Esther" Tang | Tara Shamroth |
| Kevin M. Brown | Benjamin S. Cotler | Jared Van Vleet |
| Alexander H. Gardner | *Also admitted in New Jersey | Simone Calzolai+ |
| Heath Loring | **Also admitted in Florida | °Admitted to practice only before all courts |
| Peter Guirguis | ***Also admitted in California | in New Jersey and all Federal Courts in New York City |
| | ****Also admitted in Texas | +Admitted in Italy and the United Kingdom (Not admitted in the U.S.) |

May 30, 2025

<u>Via CM/ECF and Email</u>
Hon. Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
*GarnettNYSDChambers@nysd.uscourts.gov*

        Re:    Barth v. Houghton Mifflin Company et al.
                <u>No. 1:25-cv-01777-MMG</u>

Dear Judge Garnett:

        This firm represents Defendants HarperCollins Publishers, L.L.C. ("HarperCollins"), News Corp, Shelly Barth, Shelly R. Barth Revocable Trust, and the Estate of John Barth ("<u>Defendants</u>") in the above-captioned *pro se* action. We write this letter motion for leave to file redacted and sealed versions of Defendants' letter motions (1) for a conference and (2) to postpone submission of the proposed case management order (currently due on June 3, 2025).

        For the avoidance of any doubt, as previously argued in Defendants' opposition to Mr. Barth's motion to seal, Defendants believe that there is no cause to seal ***any*** of the documents that Mr. Barth has filed in this action. (ECF No. 50-52.) But because the Complaint, its accompanying appendices, and Mr. Barth's so-called "memorandum of law" with which he commenced this action, are still provisionally sealed, out of an abundance of caution we are filing Defendants' letter motions in redacted form so that any direct references to the contents of



Mr. Barth's currently sealed pleadings are not public facing (*i.e.*, until such time as the Complaint is unsealed).

   As Defendants have previously argued, Defendants request that the Court unseal the pleadings and direct Mr. Barth to cease filing any further documents under seal absent good cause shown. While we are making the instant application out of an abundance of caution, Defendants note it is the second time that we have had to file redacted and sealed versions of our submissions to the Court. Defendants respectfully submit that the Court consider shifting costs to Mr. Barth as a consequence of these unnecessary applications to file papers in redacted and sealed form.

                Respectfully submitted,

                */s/ Steven G. Mintz*

                Steven G. Mintz

cc:  John S. Barth, Jr.
    *Plaintiff Pro Se (Via ECF)*