

| | | |
|---|---|---|
| Steven W. Gold | Matthew S. Seminara | **Senior Counsel** |
| Steven G. Mintz* | Julia B. Milne | Jack A. Horn |
| Jeffrey D. Pollack* | James W. Kennedy | Noreen E. Cosgrove |
| Elliot G. Sagor | Ryan W. Lawler* | Timothy J. Quill, Jr. |
| Ira Lee Sorkin | Andrew A. Smith | |
| Lon Jacobs | Amit Sondhi | **Of Counsel** |
| Steven A. Samide | Michael Mooney | Honorable Vito J. Titone (dec.) |
| Scott A. Klein | Adam K. Brody | NY State Court of Appeals 1985–1998 |
| Terence W. McCormick*** | Andrew E. Steckler | Harvey J. Horowitz (dec.) |
| Robert B. Lachenauer | Alex J. Otchy* | Honorable Howard Miller |
| Roger L. Stavis | Allison Pridmore | NY Appellate Div. 1999–2010 [ret.] |
| Howard M. Topaz | Victoria F. Muth | Alan Katz |
| Philip E. Altman | Carli M. Aberle | Eric M. Kutner |
| Charles A. Ross** | Zachary J. Turquand | Andrew P. Napolitano° |
| Richard M. Breslow | Kellyann T. Ryan | Brian T. Sampson |
| Barry M. Kazan* | Jason Leach**** | Erica Nazarian |
| Craig D. Spector* | Sitie "Esther" Tang | Tara Shamroth |
| Kevin M. Brown | Benjamin S. Cotler | Jared Van Vleet |
| Alexander H. Gardner | | Simone Calzolai⁺ |
| Heath Loring | *Also admitted in New Jersey | °Admitted to practice only before all courts in New Jersey and all Federal Courts in New York City |
| Peter Guirguis | **Also admitted in Florida | |
| | ***Also admitted in California | |
| | ****Also admitted in Texas | ⁺Admitted in Italy and the United Kingdom (Not admitted in the U.S.) |

May 30, 2025

Via CM/ECF
Hon. Margaret M. Garnett
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: Barth v. Houghton Mifflin Company et al.
       No. 1:25-cv-01777-MMG

Dear Judge Garnett:

  This firm represents Defendants HarperCollins Publishers, L.L.C., and News Corp, as well as Defendants Shelly Barth, Shelly R. Barth Revocable Trust, and the Estate of John Barth (the "Barth Defendants") in the above-captioned *pro se* ▬▬▬ action brought by Plaintiff John Barth, Jr. Defendants write pursuant to Your Honor's Order entered on the docket on April 30, 2025 (ECF No. 40) to request the Court's leave to postpone submission of the proposed case management order (currently due on June 3) until after the parties have had an opportunity to confer with the Court.

  By a separate letter motion that is being concurrently filed today, I am also writing to request a conference with the Court to discuss case management—ideally *before* the Rule 16 conference that is currently scheduled for June 12—in light of Mr. Barth's recent e-mail correspondence with the Court, including his apparent intention ▬▬▬▬▬▬▬▬▬.

**Mintz & Gold LLP**
600 Third Avenue, 25th Floor, New York, NY 10016

O 212.696.4848 | F 212.696.1231
mintzandgold.com



May 30, 2025
Page 2

[REDACTED]

Defendants believe their anticipated motion to dismiss will be granted in its entirety, rendering discovery moot. Significantly, Defendants will establish in their motion to dismiss, currently due to be filed on or before June 12, 2025, that Barth's [REDACTED] Defendants reserve the right to assert further substantive and procedural arguments in their anticipated motion. (In addition, the cause of action he proposes to bring [REDACTED]

Accordingly, we request the Court's leave to refrain from submitting a case management order until the Court has had the opportunity to meet with the parties and discuss the matters presented in the accompanying letter motion for a conference.

Respectfully submitted,

/s/ Steven G. Mintz

Steven G. Mintz

cc: John Barth, Jr.
   *Plaintiff Pro Se (Via ECF)*

---

GRANTED. All current deadlines in the case, including the deadline for the parties to submit a proposed case management plan and for the current defendants to respond to the Complaint, are hereby ADJOURNED *sine die*. The Court will set new deadlines for the parties' submissions after conferring with the parties at the conference presently scheduled for June 12, 2025 at 2:30 p.m.

Mr. Barth is reminded that he is NOT to email case documents to Chambers unless granted permission to do so as to specific documents. All filings must be made on ECF, viewable by the Court and opposing counsel, and the Court will not consider any documents not filed on ECF, absent express permission otherwise.

SO ORDERED. Dated June 6, 2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE